Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BERNARD HERRERA dba KB CONCRETE,<br><br>Defendant. | Case No.: C 10-00124 JL<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date: April 21, 2010<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor,<br>Hon. James Larson |

Plaintiffs Laborers Trust Funds provide this Court with the following case management conference statement.

On January 11, 2010 Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions and for Breach of Fiduciary Duty ("Complaint") against Defendant Kenneth Bernard Herrera. In the Complaint, Laborers Trust Funds seek to recover the principal balance of 44,577.35 plus liquidated damages, interest, attorneys' fees and costs. Several attempts were made to serve the

– 1 –

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

Defendant. The attempts were unsuccessful. On March 16, 2010 Plaintiffs Laborers Trust Funds filed a Declaration of Due Diligence advising this Court of the attempts at service of the original Complaint.

On February 12, 2010 Plaintiffs Laborers Trust Funds filed their First Amended Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, Breach of Fiduciary Duty and For a Mandatory Injunction ("First Amended Complaint"). Once again, several attempts were made to serve the Defendant. These attempts were unsuccessful. On March 16, 2010 Plaintiffs Laborers Trust Funds filed a Declaration of Due Diligence advising this Court of the attempts at service of the First Amended Complaint.

Plaintiffs recently hired a private investigator to attempt to serve the Defendant. If the private investigator's efforts are unsuccessful, Plaintiffs will make a motion to serve the Defendant by publication.

Based on the above, Plaintiffs Laborers Trust Funds respectfully request that this Court continue the case management conference for 30 days to allow additional attempts at service. If these attempts are unsuccessful, Plaintiffs will make a motion to serve the Defendant by publication.

DATED: April 12, 2010

BULLIVANT HOUSER BAILEY PC

By _____/s/_____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

## ORDER

Pursuant to Plaintiffs Laborers Trust Funds request for continuance of the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the case management conference scheduled for April 21, 2010 shall be continued to ___June 2___, 2010 at 10:30 a.m., Courtroom F, 15th Floor.

The parties are required to submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of this case and the parties' informal attempts to resolve any dispute regarding the results of audit.

DATED: __April 13__, 2010

By _____/s/ James Larson_____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

12469697.1

— 3 —
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON