Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BERNARD HERRERA dba KB CONCRETE,<br><br>Defendant. | Case No.: C 10-00124 JL<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date: June 2, 2010<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor,<br>        Hon. James Larson |

Plaintiffs Laborers Trust Funds provide this Court with the following case management conference statement.

On January 11, 2010 Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions and for Breach of Fiduciary Duty ("Complaint") against Defendant Kenneth Bernard Herrera. In the Complaint, Laborers Trust Funds seek to recover the principal balance of 44,577.35 plus liquidated damages, interest, attorneys' fees and costs. Several attempts were made to serve the

Defendant. The attempts were unsuccessful. On March 16, 2010 Plaintiffs Laborers Trust Funds filed a Declaration of Due Diligence advising this Court of the attempts at service of the original Complaint.

On February 12, 2010 Plaintiffs Laborers Trust Funds filed their First Amended Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, Breach of Fiduciary Duty and For a Mandatory Injunction ("First Amended Complaint"). Once again, several attempts were made to serve the Defendant. These attempts were unsuccessful. On March 16, 2010 Plaintiffs Laborers Trust Funds filed a Declaration of Due Diligence advising this Court of the attempts at service of the First Amended Complaint.

Plaintiffs recently hired a private investigator to attempt to serve the Defendant. Despite numerous attempts, Plaintiffs were still unable to locate and serve the defendant.

Plaintiff is in the process of filing a motion to serve the Defendant by publication.

Based on the above, Plaintiffs Laborers Trust Funds respectfully request that this Court continue the case management conference for 30 days to allow the filing and hearing of a motion to serve the Defendant by publication.

DATED: May 25, 2010

BULLIVANT HOUSER BAILEY PC

By /s/ Ronald L. Richman
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

– 2 –
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

**ORDER**

Pursuant to Plaintiffs Laborers Trust Funds request for continuance of the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the case management conference scheduled for June 2 2010 shall be continued to  July 14 , 2010 at 10:30 a.m., Courtroom F, 15th Floor.

Plaintiff shall submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of this case.

DATED: 5/28 , 2010

By /s/ James Larson
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

12563726.1

— 3 —

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON