Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BERNARD HERRERA dba KB CONCRETE,<br><br>Defendant. | Case No.: C 10-00124 JL<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date: August 25, 2010<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor,<br>         Hon. James Larson |

Plaintiffs Laborers Trust Funds provide this Court with the following case management conference statement.

On January 11, 2010 Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions and for Breach of Fiduciary Duty ("Complaint") against Defendant Kenneth Bernard Herrera. In the Complaint, Laborers Trust Funds seek to recover the principal balance of 44,577.35 plus liquidated damages, interest, attorneys' fees and costs. Several attempts were made to serve the

– 1 –
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

Defendant. The attempts were unsuccessful. On March 16, 2010 Plaintiffs Laborers Trust Funds filed a Declaration of Due Diligence advising this Court of the attempts at service of the original Complaint.

On February 12, 2010 Plaintiffs Laborers Trust Funds filed their First Amended Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, Breach of Fiduciary Duty and For a Mandatory Injunction ("First Amended Complaint"). Once again, several attempts were made to serve the Defendant. These attempts were unsuccessful. On March 16, 2010 Plaintiffs Laborers Trust Funds filed a Declaration of Due Diligence advising this Court of the attempts at service of the First Amended Complaint.

On May 26, 2010 Plaintiffs filed their Ex Parte Application for Order for Service by Publication. On June 15, 2010 this Court granted Plaintiffs Ex Parte Application.

Plaintiffs prepared the service by Publication with the Fresno Bee. It was submitted on June 25, 2010. The publication ran for four (4) consecutive weeks, the last day of service being July 16, 2010. A responsive pleading was due on August 2, 2010. No responsive pleading was filed and Plaintiffs will proceed in default.

Based on the above, Plaintiffs Laborers Trust Funds respectfully request that this Court continue the case management conference for 60 days to allow Plaintiffs to file their motion for default judgment.

DATED: August 18, 2010

                          BULLIVANT HOUSER BAILEY PC

                          By _____
                                Ronald L. Richman
                                Susan J. Olson

                          Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs Laborers Trust Funds request for continuance of the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the case management conference scheduled for August 25, 2010 shall be continued to  October 27 , 2010 at 10:30 a.m., Courtroom F, 15th Floor.

Plaintiff shall submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of this case.

DATED: 8/23 , 2010

By  *James Larson*
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

12760506.1

— 3 —
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON