Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BERNARD HERRERA dba KB CONCRETE,<br><br>Defendant. | Case No.: C 10-00124 JL<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date: December 15, 2010<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor,<br>Hon. James Larson |

Plaintiffs Cement Masons Trust Funds provide this Court with the following case management conference statement.

On January 11, 2010 Plaintiffs Cement Masons Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions and for Breach of Fiduciary Duty ("Complaint") against Defendant Kenneth Bernard Herrera. In the Complaint, the Cement Masons Trust Funds seek to recover the principal balance of 44,577.35 plus liquidated damages, interest, attorneys' fees and costs.

– 1 –
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1 | Several attempts were made to serve the Defendant. The attempts were unsuccessful. On
2 | March 16, 2010 Plaintiffs Cement Masons Trust Funds filed a Declaration of Due Diligence
3 | advising this Court of the attempts at service of the original Complaint.
4 | On February 12, 2010 Plaintiffs filed their First Amended Complaint for Breach of
5 | Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, Breach of
6 | Fiduciary Duty and For a Mandatory Injunction ("First Amended Complaint"). Once again,
7 | several attempts were made to serve the Defendant. These attempts were unsuccessful. On
8 | March 16, 2010 Plaintiffs filed a Declaration of Due Diligence advising this Court of the
9 | attempts at service of the First Amended Complaint.
10 | On May 26, 2010 Plaintiffs filed their Ex Parte Application for Order for Service by
11 | Publication. On June 15, 2010 this Court granted Plaintiffs Ex Parte Application.
12 | Plaintiffs prepared the service by Publication with the Fresno Bee. It was submitted on
13 | June 25, 2010. The publication ran for four (4) consecutive weeks, the last day of service being
14 | July 16, 2010. A responsive pleading was due on August 2, 2010. No responsive pleading was
15 | filed and Plaintiffs will proceed in default.
16 | On September 2, 2010 the Clerk issued the default of Defendant. Subsequently,
17 | Plaintiffs made efforts to recover the outstanding balance due which would have obviated the
18 | need for further litigation. Plaintiffs request an additional 30 days to attempt to recover monies
19 | (via joint checks from general contractors) which can be used to reduce the outstanding balance.
20 | were unable to recover the monies and are now able to proceed with a motion for default .
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 |
28 |

— 2 —
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

Based on the above, respectfully request that this Court continue the case management conference for 30 days to allow Plaintiffs to attempt to collect additional monies and to file their motion for default judgment.

DATED: December 7, 2010

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs Laborers Trust Funds request for continuance of the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the case management conference scheduled for December 15, 2010 shall be continued to January 19, 2011 at 10:30 a.m., Courtroom F, 15th Floor. Plaintiff shall submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of this case. If a Motion for Default Judgment is filed on or before the new case management conference date, the case management conference will be vacated.

DATED: December 8, 2010

By _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

12974624.1

- 3 -
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON