Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BERNARD HERRERA dba KB CONCRETE,<br><br>Defendant. | Case No.: C 10-00124 JL<br><br>PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON<br><br>Date: January 19, 2010<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor,<br>  Hon. James Larson |

    Plaintiffs Cement Masons Trust Funds provide this Court with the following case management conference statement.

    On January 11, 2010 Plaintiffs Cement Masons Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions and for Breach of Fiduciary Duty ("Complaint") against Defendant Kenneth Bernard Herrera. In the Complaint, the Cement Masons Trust Funds seek to recover the principal balance of 44,577.35 plus liquidated damages, interest, attorneys' fees and costs.

– 1 –
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1  Several attempts were made to serve the Defendant. The attempts were unsuccessful. On
2  March 16, 2010 Plaintiffs Cement Masons Trust Funds filed a Declaration of Due Diligence
3  advising this Court of the attempts at service of the original Complaint.
4        On February 12, 2010 Plaintiffs filed their First Amended Complaint for Breach of
5  Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, Breach of
6  Fiduciary Duty and For a Mandatory Injunction ("First Amended Complaint"). Once again,
7  several attempts were made to serve the Defendant. These attempts were unsuccessful. On
8  March 16, 2010 Plaintiffs filed a Declaration of Due Diligence advising this Court of the
9  attempts at service of the First Amended Complaint.
10        On May 26, 2010 Plaintiffs filed their Ex Parte Application for Order for Service by
11  Publication. On June 15, 2010 this Court granted Plaintiffs Ex Parte Application.
12        Plaintiffs prepared the service by Publication with the Fresno Bee. It was submitted on
13  June 25, 2010. The publication ran for four (4) consecutive weeks, the last day of service being
14  July 16, 2010. A responsive pleading was due on August 2, 2010. No responsive pleading was
15  filed and Plaintiffs will proceed in default.
16        On September 2, 2010 the Clerk issued the default of Defendant. Subsequently,
17  Plaintiffs made efforts to recover the outstanding balance due which would have obviated the
18  need for further litigation. Plaintiffs have recovered all the monies that it can, without court
19  intervention, and request an additional 30 days to file its a motion for default judgment .
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26
27
28

– 2 –
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1     Based on the above, respectfully request that this Court continue the case management conference for 30 days to allow Plaintiffs to attempt to file their motion for default judgment.

DATED: January 12, 2011

BULLIVANT HOUSER BAILEY PC

By _/s/ Ronald L. Richman_
   Ronald L. Richman
   Susan J. Olson

Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs Laborers Trust Funds request for continuance of the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the case management conference scheduled for January 19, 2011 shall be continued to __February 23__, 2011 at 10:30 a.m., Courtroom F, 15th Floor. Plaintiff shall submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of this case. If a Motion for Default Judgment is filed on or before the new case management conference date, the case management conference will be vacated.

DATED: January 13, 2011

By _/s/ James Larson_
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

13076712.1

- 3 -
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON